UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL R. McNEAL, and wife, DEBRA K. McNEAL, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | No.: 3:14-CV-367-PLR-CCS |
| WELLS FARGO BANK, N.A., and SHELLIE KEMP, ) ) ) ) | |
| Defendants.. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Wells Fargo's motion to dismiss is **GRANTED**, and this action is **DISMISSED**, **in its entirety, with prejudice.**

The Clerk is **DIRECTED** to close the case.

Enter:

_____
UNITED STATES DISTRICT JUDGE